UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                            Case No. 23-cr-20269
                                            Hon. Matthew F. Leitman

DESHAWN LAPREACE LANDERS,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S EMERGENCY MOTION FOR RELEASE FROM CUSTODY TO ATTEND BROTHER'S FUNERAL (ECF No. 27)

Now before the Court is an emergency motion by Defendant Deshawn Landers for release from custody to attend his brother's funeral. For the reasons set forth in the Government's response to the motion (*see* Resp. ECF No. 28), the motion is **DENIED**. Like the Government, the Court sympathizes with Landers for his loss and does not take lightly denying Landers' request to attend his brother's funeral and visitation. However, as set forth by the Government, Landers' actions and words – especially his expressed desire to die in a shootout rather than return to prison – suggest that he would pose both a danger to the community and a serious risk of

1

flight/non-appearance if released on bond. Under these circumstances, release is not appropriate.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 21, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2